# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESSAM E. RABBAN,<br><br>                Plaintiff,<br>  vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. 07-CV-2053 H (CAB)<br><br>**SCHEDULING ORDER** |

On October 19, 2007, plaintiff Wessam E. Rabban ("Plaintiff") filed this action for judicial review of a final decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's application for disability insurance and supplemental security income benefits. (Doc. No. 1.) On March 25, Defendant filed an answer to Plaintiff's complaint. (Doc. No. 8.) The administrative record was filed on March 25, 2008. (Doc. No. 9.) The Court issues the following scheduling order:

1. Plaintiff shall file his motion for summary judgment on or before June 9, 2008.

2. Defendant shall file its cross motion for summary judgment and opposition to Plaintiff's motion on or before July 11, 2008.

3. Plaintiff shall file his opposition to Defendant's cross motion and reply to Defendant's opposition on or before July 25, 2008.

4. Defendant shall file any reply to Plaintiff's opposition on or before August 4, 2008.

1  Pursuant to its discretion under Local Civil Rule 7.1(d)(1), the Court will submit the motions
2  on the papers. The Court reserves the right to schedule oral argument if necessary.
3  IT IS SO ORDERED.
4  DATED: May 13, 2008

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.