# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESSAM E. RABBAN,<br><br>                               Plaintiff,<br>  vs.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                              Defendant. | CASE NO. 07-CV-2053 H (CAB)<br><br>ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF TIME |

On May 13, 2008, the Court entered an order setting a schedule for the parties to submit cross motions for summary judgment and related briefing. (Doc. No. 10.) Plaintiff's motion was due on June 9, 2008, and Defendant's motion was due on July 11, 2008. (See id.) Neither party submitted a motion under this schedule. On July 11, 2008, the parties jointly moved the Court for an extension of time to file. (Doc. No. 11.) The Court grants the request in part. Rather than having Plaintiff call to obtain a hearing date, the Court sets a deadline for each brief.

1. Plaintiff shall file his motion for summary judgment on or before July 28, 2008.
2. Defendant shall file its cross motion for summary judgment and opposition to Plaintiff's motion on or before August 25, 2008.
3. Plaintiff shall file his opposition to Defendant's cross motion and reply to Defendant's opposition on or before September 8, 2008.

     4.     Defendant shall file any reply to Plaintiff's opposition on or before September 15, 2008.

Pursuant to its discretion under Local Civil Rule 7.1(d)(1), the Court will submit the motions on the papers. The Court reserves the right to schedule oral argument if necessary. The Court may decline to grant any further extension of time absent a detailed showing of good cause.

     IT IS SO ORDERED.

DATED: July 14, 2008

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.