UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESSAM RABBAN,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. 07-CV-2053 H (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    The Court grants for good cause the parties' joint motion for an extension of time to respond to Plaintiff's motion for summary judgment. (Doc. No. 14.) Accordingly, the Court orders that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment shall be extended from August 25, 2008 to September 24, 2008. The parties' remaining briefing on the motions will be in accord with Civil Local Rule 7.1(e.7).

IT IS SO ORDERED.

DATED: August 26, 2008.

                                                MARILYN L. HUFF, District Judge<br>
                                                UNITED STATES DISTRICT COURT